No. 201. DE SIMONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Emanuel Thebner* and *Abraham S. Robinson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 203. CONTINENTAL OIL Co. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Thomas Fletcher* and *Lloyd F. Thanhouser* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell, Howard E. Wahrenbrock* and *Robert L. Russell* for respondent.

No. 204. MISSISSIPPI RIVER FUEL CORP. *v.* KOEHLER ET AL. C. A. 8th Cir. Certiorari denied. *Christian B. Peper* and *William A. Dougherty* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Helen A. Buckley* for respondents.

No. 205. TEXAS MEXICAN RAILWAY Co. *v.* YECKES-EICHENBAUM INC. ET AL. C. A. 5th Cir. Certiorari denied. *Hugh M. Patterson* for petitioner.

No. 207. ROCHELLE, TRUSTEE IN BANKRUPTCY, *v.* CITY OF DALLAS. C. A. 5th Cir. Certiorari denied. *Marvin S. Sloman* for petitioner. *H. P. Kucera* and *Ted P. MacMaster* for respondent.

No. 209. CONTINENTAL TRADING, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Frederick R. Tansill* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for respondent.